# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Daniel Gilliland, | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| Contract Land Staff, LLC et al., | ) |
| | ) Case No. 1-17-cv-191 |
| Defendants. | ) |

Under Fed.R.Civ.P. 15(a)(1), a party may amend its complaint once as a matter of course. The Plaintiff in this matter has already exhausted this allowance and is need of amending his complaint to identify the proper Defendant in this matter. Pursuant to Fed.R.Civ.P. 15(a)(2), the court **GRANTS** the Plaintiff leave to file a Second Amended Complaint.

**IT IS SO ORDERED.**

Dated this 11th day of October, 2017.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge