# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Daniel Gilliland, | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| | ) |
| Contract Land Staff, LLC, and | ) |
| North Dakota Pipeline Company, L.L.C., | ) Case No. 1:17-cv-191 |
| | ) |
| Defendants. | ) |

Before the court is a "Stipulation for Dismissal of Defendant Contract Land Staff, LLC with Prejudice" filed on December 12, 2018. Defendant North Dakota Pipeline Company, LLC has consented to this dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The court **ADOPTS** the stipulation (Doc. No. 31). Plaintiff's claims against Defendant Contract Land Staff, LLC are **DISMISSED** with prejudice. North Dakota Pipeline Company, LLC continues as a defendant in this case.

**IT IS SO ORDERED.**

Dated this 13th day of December, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court