# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Daniel Gilliland, | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Contract Land Staff, LLC, et. al., | ) | Case No. 1:17-cv-191 |
| Defendants. | ) | |

The court held a status conference in the above-entitled action by telephone on March 6, 2019. Based upon the its discussion with the parties, the court **ORDERS**:

(1) The final pretrial conference scheduled for April 3, 2019, shall be rescheduled for September 5, 2019, at 2:00 p.m. by telephone. The court shall initiate the conference call.

(2) The jury trial set for April 15, 2019 shall be rescheduled for September 17, 2019, at 9:00 a.m. in Bismarck (courtroom #2). A four (4) day trial is anticipated.

Dated this 6th day of March, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court