# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Daniel Gilliland, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| North Dakota Pipeline Company, L.L.C., | ) Case No. 1:17-cv-191 |
| Defendant. | ) |

On November 7, 2019, the parties filed a Stipulation for Order of Dismissal with Prejudice and Without Costs. On November 8, 2019, defendant filed a Notice of Withdrawal of Motion for Taxation of Costs. (Doc. No. 49). The court **ADOPTS** the parties' stipulation (Doc. No. 48), deems defendant's Motion for Taxation of Costs (Doc. No. 44) **MOOT**, and **DISMISSES** the above-captioned action with prejudice and without costs.

**IT IS SO ORDERED.**

Dated this 8th day of November, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court